UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHALENA CARTER | CIVIL ACTION NO. 16-0611 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| KIRK FRITH, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons stated in the Memorandum Ruling issued this date, the Motion for Partial Summary Judgment [Doc. 47] submitted by Defendants Lee Harrell (former Sheriff of Richland Parish), Joel Weatherly (Warden of Richland Parish Detention Center), and Roy Cox (Temporary Warden/Supervisor of Richland Parish Detention Center) is **GRANTED**. Accordingly, Plaintiff's section 1983 claims brought against the foregoing Defendants in their individual and official capacities are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 2 day of April, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE